No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**BARRATTINO, Respondent, v. RAPP CONST. CO., Appellant, et al.** (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Antonio Barrattino against the Rapp Construction Company, impleaded, with the Seventy-Sixth Street & Park Avenue Company. No opinion. Judgment and order unanimously affirmed, with costs.

**BARRY, Respondent, v. PETER THOMSON, Inc., Appellant.** (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Joseph A. Barry, an infant, by Ellen Barry, his guardian ad litem, against Peter Thomson, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

**BATTERSBY, Respondent, v. IMPROVED PROPERTY HOLDING CO., Appellant.** (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Flora Battersby, as administratrix, etc., against the Improved Property Holding Company. No opinion. Judgment and order unanimously affirmed, with costs.

**BAUMANN v. STEINGESTER et al.** (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Lena Baumann against Henry C. Steingester and others. No opinion. Judgment affirmed, with costs.

**BAYNARD, Respondent, v. PITTSBURG CONTRACTING CO., Appellant.** (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Rosa Baynard, as administratrix, against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. C. Goldzier, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**BEATTY, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant.** (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Walter Beatty against the Holbrook, Cabot & Rollins Corporation.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Citrone v. O'Rourke Engineering Construction Co., 188 N. Y. 339, 80 N. E. 1092, 19 L. R. A. (N. S.) 340; Id., 113 App. Div. 518, 99 N. Y. Supp. 241; Russell v. Lehigh Valley R. R. Co., 188 N. Y. 344, 81 N. E. 122, 19 L. R. A. (N. S.) 344.

**BECKER v. BURGESS.** (Supreme Court, Appellate Division, First Department. December 144 N.Y.S.—70

ber 26, 1913.) Action by Conrad Becker against Charles A. Burgess. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1105.

**BECKER v. BURGESS.** (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Conrad Becker against Charles A. Burgess. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 1105.

**BEEBE, Respondent, v. McLEOD et al., Appellants.** (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Mary E. Beebe against Johnston McLeod and another. No opinion. Order granting plaintiff's motion for judgment on the pleadings affirmed, with $10 costs and disbursements, with leave, however, to the defendants to plead anew within 20 days upon payment.

**BELL, Appellant, v. PRESS PUB. CO., Respondent.** (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Josephine D. Bell against the Press Publishing Company. M. A. Freeman, of New York City, for appellant. H. Taylor, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 N. Y. Supp. 1108.

**BELLANCA, Respondent, v. CIANCIOLO, Appellant.** (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Vincenzo Bellanca against Guiseppina Catalano Cianciolo.

PER CURIAM. Judgment reversed, and new trial granted before another referee, or before a jury, in case either party is or becomes entitled to a jury trial, with costs to appellant to abide event. Held that, as it was not shown that the defendant had made any purchases or deposits, indicating that she had received the $4,000 or any part thereof, and plaintiff's testimony as to advances or loans to defendant of other large sums of money is found by the referee to have been false, and material testimony of at least one of plaintiff's witnesses was clearly false, we think the evidence is insufficient to support the finding of the referee that plaintiff did in fact pay or deliver to the defendant the sum of $4,000 as and for a contribution to the capital of the alleged partnership between the parties.

**BERESOW, Appellant, v. KRAUS, Respondent.** (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Rachel Beresow, as administratrix, etc., of Yan Beresow, deceased, against Joseph Kraus, etc. No opinion. Judgment and order unanimously affirmed, with costs.

**BERMAN, Respondent, v. TIERMAN, Appellant.** (Supreme Court, Appellate Division, First Department. December 26, 1913.) Ac-

tion by Morris Berman against Michael Tierman. J. V. Mitchell, of New York City, for appellant. M. Slade, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs, to appellant to abide event, upon the ground that the verdict of the jury was against the weight of the evidence. Settle order on notice.

BEYER et al., Appellants, v. BOHNET et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Meyer Beyer and another against John Bohnet and others. No opinion. Order affirmed, with $10 costs and disbursements.

BIONDO, Appellant, v. PEOPLE'S TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Francesca Biondo, as administratrix, etc., of Antonio Biondo, deceased, against the People's Trust Company, etc. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the complaint states a cause of action with respect to the window bar, and motion denied, with costs.

In re BLIVEN. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) In the matter of the application of William W. Bliven for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

BLUMENFELD et al., Appellants, v. FEDERAL INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Martin Blumenfeld and others against the Federal Insurance Company. J. McG. Goodale, of New York City, for appellants. W. Harison, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiffs to serve amended complaint on payment of costs in this court and in the court below. Order filed.

BLUMENTHAL, Appellant, v. BROOKLYN UNION ELEVATED R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Hyman Blumenthal against the Brooklyn Union Elevated Railroad Company and another. No opinion. Motion denied, without costs. See, also, 158 App. Div. 558, 143 N. Y. Supp. 811.

BODENHEIM v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Julius Bodenheim against the City of New York. No opinion. Application granted. Order signed. See, also, 144 N. Y. Supp. 1106.

BODENHEIM v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Julius Bodenheim against the City of New York. No opinion. Motion granted. Order filed. See, also, 144 N. Y. Supp. 1106.

BONNER, Respondent, v. SMOOT, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Frank H. Bonner against Edgar K. Smoot. T. J. Blake, of New York City, for appellant. S. J. Rawak, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRADLEY CONTRACTING CO., Appellant, v. SUSSWEIN, Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by the Bradley Contracting Company against Henry M. Susswein. No opinion. Judgment affirmed, with costs. See, also, 157 App. Div. 889, 141 N. Y. Supp. 1110.

BRADY, Respondent, v. NEW YORK, W. & B. RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Edwin B. Brady against the New York, Westchester & Boston Railway Company and another. No opinion. Judgment affirmed, with costs.

In re BRAKER (two cases). (Supreme Court, Appellate Division, First Department. October, 1913.) In the matter of Conrad Braker, deceased. No opinion. In each case, motion to dismiss appeal granted, with $10 costs. Memorandum per curiam. See, also, 143 N. Y. Supp. 1107.

BRILL et al. v. JEFFERSON BANK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Maurice Brill and others against the Jefferson Bank. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 539.

BRILL et al. v. JEFFERSON BANK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Samuel Brill and others against the Jefferson Bank. No opinion. Motion denied, with $10 costs. Order filed.

BROCKHAUSEN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Mary Brockhausen, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 146 App. Div. 413, 131 N. Y. Supp. 133.